**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division**

Deckers Outdoor Corporation
                                Plaintiff,

v.                                           Case No.: 1:11−cv−06836
                                                      Honorable Edmond E. Chang

Angelina Migliore, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 15, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status and motion hearing held. Plaintiff's motion [12] for entry of default against defendants Angelina Migliore and Gino Migliore pursuant to FRCP 55(a) is granted. Plaintiff will be filing a motion for judgment in sum certain. Status hearing set for 12/15/11 at 8:30 a.m. The motion to be noticed for presentment to coincide with the 12/15/11 status hearing date. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.