**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Deckers Outdoor Corporation
                             Plaintiff,

v.                                         Case No.: 1:11−cv−06836
                                               Honorable Edmond E. Chang

Angelina Migliore, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 15, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status and motion hearing held. Gino Migliore personally appeared. Mr. Migliore oral request to vacate the default order is entered and continued to 1/17/12 at 9:30 a.m. Plaintiffs motion [16] for default judgment is entered and continued to 1/17/12 at 9:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.